# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA
# Newport News Division

**TONY GENE FORRESTER,**

    **Plaintiff(s),**

                                                             Case No.   **4:22CV20**

    v.

**JARRETT C. ELLIS,** *et al.,*

    **Defendant(s).**

## JUDGMENT IN A CIVIL CASE

**Decision by the Court.**   This action came for decision before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED that** Plaintiff's action is hereby **DISMISSED** without prejudice pursuant to Federal Rule 41(b).

DATED: August 31, 2022                  FERNANDO GALINDO, Clerk

                                                       By      /s/
                                                         E. Price, Deputy Clerk